IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| JUSTIN D. THOMAS & <br> IRENE S. THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> CARMEUSE LIME & STONE, INC., <br><br> Defendant. | Case No.: 7:12-cv-00413-JCT <br><br> **ORDER** <br><br> By: James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that

1. Defendants' Motion to Dismiss (ECF No. 33), is **DENIED**;

2. Plaintiffs' request for a Preliminary Injunction (see ECF No. 2), previously taken under advisement, is **DISMISSED WITHOUT PREJUDICE AS MOOT**; and

3. Defendant Carmeuse's Motion to Dismiss (ECF No. 19) is **DENIED AS MOOT**.

The Clerk of the Court is directed to send a copy of this memorandum opinion and accompanying order to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 17th day of December, 2012.

/s/ James C. Turk
Honorable James C. Turk
Senior United States District Judge