FILED: April 21, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1446 (L)
(7:12-cv-00413-GEC)
_____

JUSTIN D. THOMAS; IRENE S. THOMAS

  Plaintiffs - Appellants

v.

CARMEUSE LIME & STONE, INCORPORATED; O-N MINERALS (CHEMSTONE) COMPANY

  Defendants - Appellees

v.

THOMAS M. HELMS, SR.

  Intervenor/Defendant - Appellee

_____

No. 15-1447
(7:12-cv-00413-GEC)
_____

JUSTIN D. THOMAS; IRENE S. THOMAS

    Plaintiffs

v.

CARMEUSE LIME & STONE, INCORPORATED; O-N MINERALS (CHEMSTONE) COMPANY

    Defendants - Appellants

v.

THOMAS M. HELMS, SR.

    Intervenor/Defendant - Appellee

_____

## M A N D A T E
_____

The judgment of this court, entered March 30, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*